MORTIMER ROANE, Trustee in Bankruptcy of SAN-DIS ENGINEERING CORP., Appellant, v. THE MARINE TRUST CO. OF BUFFALO and Another, Respondents.— Order granting defendants' motion for a change of venue from New York county to Erie county unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

BERIZZI BROS. CO., INC., Respondent, v. PHILIP STRAUSS, Defendant, Impleaded with HARRY J. MANDELL, Appellant.— Order denying motion of defendant Harry J. Mandell to strike cause from the ready Trial Term calendar and to remand said cause to its original place on the general Trial Term jury calendar, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY, Respondent. FRANK F. CASS, Claimant-Appellant.— Order granting motion of Superintendent of Insurance to confirm referee's report, disallowing the claim of Frank F. Cass, in the sum of $35,000, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HENRY CHESTERFIELD, as Temporary Administrator, etc., of BEN HILBERT, Deceased, Suing on Behalf of Himself as Such Temporary Administrator, and on Behalf of All Other Common Stockholders of the Defendant PATHE EXCHANGE, INC., Similarly Situated, etc., Appellant, v. PATHE EXCHANGE, INC., Respondent, Impleaded with Others.— Order denying plaintiff's motion for an injunction *pendente lite* against the consummation of a reorganization plan adopted by the stockholders of the respondent corporation unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of LOUISE MARCHANT, Respondent, v. MURRAY SIMON, Appellant.— Order of filiation reversed and the information dismissed on the ground that the statute limiting the time of commencement of paternity proceedings (Inferior Criminal Courts Act, § 64) prescribes that such proceedings must be brought within two years after the birth of the child, without prejudice, however, to a suit brought by the department of public welfare in behalf of the child if it should more fully appear that there is danger of the child becoming a public charge. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.